```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURAND HENRY SABERI,

                              Plaintiff,

-against-

SEBASTIÁN LONDOÑO CORREA,

                              Defendant.

24-cv-05276 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 8, 2024, the Court ordered that Defendant Sebastián Londoño Correa show cause before the Court on Friday, November 8, 2024, at 10:00 A.M. why an Order should not be issued pursuant to Fed. R. Civ. P. 55(b)(2) and Rule 55.2(b) of the Local Civil Rules entering default judgment against Defendant, *see* Dkt. 24; and

WHEREAS the Court is now unavailable on Friday, November 8, 2024.

IT IS HEREBY ORDERED that the show cause hearing is ADJOURNED from Friday, November 8, 2024, at 10:00 A.M. to **Thursday, November 14, 2024, at 3:00 P.M.**

IT IS FURTHER ORDERED that by not later than **Monday, October 28, 2024**, Plaintiff is directed to send a copy of this Order by e-mail[1] to Defendant at s.londono1092@gmail.com. Plaintiff must file proof of e-mail on ECF by not later than **Thursday, October 31, 2024**.

**SO ORDERED.**

Date: **October 24, 2024**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

---

[1] For the reasons stated in the Court's prior Order, Dkt. 24 at 1–2, Plaintiff is authorized to serve Defendant by e-mail.

1