```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DURAND HENRY SABERI,                         :
                                             :
                                             :
                          Plaintiff,         :
                                             :        24-CV-5276 (VEC)
             -against-                       :
                                             :        ORDER
SEBASTIAN LONDONO CORREA,                    :
                                             :
                                             :
                                             :
                          Defendant.         :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

**THIS MATTER**, having been presented to the Court by plaintiff Durand Henry Saberi ("Plaintiff") seeking an Order: (a) pursuant to Federal Rules of Civil Procedure ("FRCP") 55(b)(2) and Rule 55.2(b) of the Local Civil Rules for the United States District Court for the Southern District of New York ("SDNY"), entering a default judgment against defendant Sebastián Londoño Correa ("Defendant") with respect to Counts One, Two, Three, and Four set forth in the Complaint (*see* Dkt. 7); and (b) awarding Plaintiff such other and further relief as this Court may deem just, proper and equitable (the "Motion"). Upon reviewing Plaintiff's Motion for a default judgment against Defendant, and any opposition thereto, and for good cause shown, it is:

**ORDERED, ADJUDGED AND DECREED**, that a Default Judgment is entered in favor of Plaintiff and against Defendant as to Count Four. Plaintiff is awarded damages in the amount of $83,358.35, broken down as follows: (1) $81,58.000 representing the amount by which Defendant was unjustly enriched; and (2) $1,770.35, representing the statutory pre-judgment interest accruing at the rate set forth in 28 U.S.C. § 1961(a) on the unpaid principal

amount of $81,588.00, beginning on July 12, 2024 (*i.e.*, the filing date of the Complaint) and continuing through and including October 7, 2024 (*i.e.*, the filing date of Plaintiff's motion for default judgment).

**IT IS FURTHER ORDERED** that Plaintiff is also entitled to post-judgment interest pursuant to 28 U.S.C. §1961.

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorneys' fees and costs incurred in connection with the filing of this lawsuit and the Default Judgment motion. By not later than **Friday, November 22, 2024**, Plaintiff must submit an application for attorneys' fees detailing the attorneys' fees and costs incurred along with supporting documentation.

**IT IS FURTHER ORDERED** the Counts One, Two, and Three of Plaintiff's Complaint are dismissed with prejudice.

**SO ORDERED.**

Date: **November 15, 2024**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

2